**Order entered October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01468-CV

### IN RE BABU SAMUEL KALLUVILAYIL, Relator

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-91-00956-TH**

## ORDER

The Court has before it relator's petition for writ of mandamus. The Court requests that

respondent and real party in interest file any responses by November 7, 2013.


/s/     ELIZABETH LANG-MIERS
           JUSTICE